| | |
|---|---|
| UNITED STATES OF AMERICA ) | IN THE UNITED STATES DISTRICT COURT |
| ) | FOR THE NORTHERN DISTRICT OF ALABAMA |
| VS.                    ) | WESTERN DIVISION |
| ) | |
| NICHOLAS J. LYNCH      ) | CASE NO. 7:18-CR-LSC-TMP |
| ) | |
| ) | |

## EMERGENCY MOTION

Today, the 11th day of May, 2020, I Nicholas J. Lynch am filing with the Clerk of the Court a motion pursuant to 18 USC 3582 (c)(1)(a).

I have taken the necessary steps to obtain compassionate release through the warden of this institution. However, I feel that by the time he responds, it will be too late.

On May 1, 2020, inmates from a quarantined unit (that have been infected with to the COVID-19 Corona virus) were put into the unit where I reside. Ever since then, the number if inmates in this unit have been affected in a negative way. We are in an open bay unit and two of the inmates next to me were taken out of this unit with temperatures of 101°F and 103°F. I watched a guy faint while getting a haircut. He was taken to medical and brought right back! Another guy just collapsed, with no signs. On the 10th day of May, 2020 my cellmate was removed because he could not smell or taste and with all due respect, I signed a five year plea not a death sentence. In all honesty, I am terrified and these are extraordinary and compelling reasons for compassionate release.

I would also like to say my situation is much like the United States vs. Kirk Braman, 9:15-CR-00080. Mr. Braman was released on compassionate release with two years left to serve. Like Mr. Braman, I have also had an impeccable record and conduct while serving my time. I have completed the RDAP, my charge is non-violent, I have completed over 25% of my prescribed sentence, my Pattern and Bravo scores are a minimum and I have not been involved in any gang/violent activities. I have the utmost respect for the law and when allowed to be released upon the plea for compassionate release, society will never have to worry about any further crimes from me.

Upon this motion being granted, my father and mother will be prepared to pick me up within four (4) hours, I will return to 1800 Crabtree Road, Tuscaloosa, AL 35405. My probation officer, Mr. Karl Wallace is aware and has visited this residence. I will reside there with my

parents, where I will self-quarantine to ensure that my health and the safety of others is not violated.

I am asking the Court to please accept this as my plea for Compassionate Release and I pray that you will consider the seriousness of this potentially dangerous situation and grant my request.

Sincerely,

*Nicholas J. Lynch*

Nicholas J. Lynch #35879-001